## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEANGELA WINSTON                                    *
                Plaintiff
                               *

     vs.                                              Civil No.   CCB-10-2425
STEWART TITLE GUARANTY CO.
                Defendant                    *
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
MAURICE CARTER                                      Consolidated with: CCB-12-167
                Plaintiff                     *
     vs.
STEWART TITLE GUARANTY CO.              *

                        ******

## SETTLEMENT ORDER
## (LOCAL RULE 111)

       This Court has been advised by the parties that the above actions have been settled, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

       These actions are hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

Date: February 25, 2014                       /s/_____
                                    Catherine C. Blake
                                    United States District Judge